UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AAA AC SUPPLIES, INC.,

    Plaintiff,

CASE NO.:

vs.

FEDERATED MUTUAL INSURANCE
COMPANY,

    Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, Federated Mutual Insurance Company ("Federated"), pursuant to 28 U.S.C. § 1441 *et seq.*, removes this action from the Circuit Court of the Ninth Judicial Circuit of Florida, in and for Orange County.

**I.   The State Court Case**

1.  On April 28, 2023, Plaintiff filed this lawsuit.

2.  On May 11, 2023, Plaintiff served Federated with the complaint.

3.  The complaint contains a single count for breach of contract damages related to an insurance claim for property damage.

4.  This Notice of Removal is filed within 30 days of receipt of the complaint pursuant to 28 U.S.C. § 1446(b).

5. 28 U.S.C. § 1446(a) requires Federated to file copies of all process, pleadings, and orders served upon it. These documents are attached hereto as Exhibit A.

6. This case is removed to the United States District Court for the Middle District of Florida, Orlando Division because the State Court action was brought in Orange County, Florida. 28 U.S.C. §§ 1441(a); 1446(a); Local Rule 1.04.

## II. Jurisdiction

7. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because the controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

8. There is complete diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1).

9. Pursuant to 28 U.S.C. § 1332(c)(1), Plaintiff is a citizen of Florida by virtue of being a corporation organized under the laws of Florida with its principal place of business at 4350 Seaboard Rd Orlando, FL 32808.

10. Pursuant to 28 U.S.C. § 1332(c)(1), Federated is a citizen of Minnesota by virtue of being a corporation organized under the laws of Minnesota with its principal place of business at 121 East Park Square, Owatonna, MN 55060.

11. The amount in controversy exceeds $75,000, exclusive of interest and costs.

12. Plaintiff filed a Civil Remedy Notice of Insurer Violations with the Florida Department of Financial Services, bearing Filing Number 678547, which demands payment in the amount of $293,303.00 to cure the alleged deficiencies. A true and accurate copy of the Civil Remedy Notice of Insurer Violations is attached hereto as Exhibit B.

13. Plaintiff also filed a Property Insurance Notice of Intent to Initiate Litigation with the Florida Department of Financial Services, bearing Notice Number 88288, which lists the estimate of damages as $293,303.00. A true and accurate copy of the Notice of Intent to Initiate Litigation is attached hereto as Exhibit C.

14. Plaintiff also submitted an estimate to Federated in the amount of $318,345.39. A copy of the estimate is attached as Exhibit D.

15. Accordingly, the amount in controversy exceeds $75,000, exclusive of interest and costs.

### III. Conclusion

16. Federated removes this case to the United States District Court for the Middle District of Florida.

17. Federated demands trial by jury on all issues so triable.

18. Promptly after filing this notice of removal Federated will give written notice to all adverse parties and will file a copy of this notice with the clerk of the State court pursuant to 28 U.S.C. §1446(d).

        BUTLER WEIHMULLER KATZ CRAIG LLP

        /s/ Matthew J. Lavisky
        MATTHEW J. LAVISKY, ESQ.
        Florida Bar No.: 48109
        mlavisky@butler.legal
        ALYSSA M. PHILIPPI, ESQ.
        Florida Bar No.: 1035493
        aphilippi@butler.legal
        Secondary:  hmosher@butler.legal
        400 N. Ashley Drive, Suite 2300
        Tampa, Florida  33602
        Telephone:  (813) 281-1900
        Facsimile:   (813) 281-0900
        Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

    Aaron D. Silvers, Esq.
    Jeremy T. Schilling, Esq.
    Schilling & Silvers PLLC
    1700 NW 64th St., Suite 460
    Fort Lauderdale, FL 33309
    jschilling@schillingsilvers.com
    dadams@schillingsilvers.com
    *Counsel for Plaintiff*

by CM/ECF on May 30, 2023.

        /s/ Matthew J. Lavisky
        MATTHEW J. LAVISKY, ESQ.