**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AAA AC SUPPLIES, INC.,

       Plaintiff,

v.                                            Case No:   6:23-cv-993-WWB-LHP

FEDERATED MUTUAL INSURANCE
COMPANY,

       Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO COMPEL BETTER ANSWERS TO INTERROGATORIES AND BETTER RESPONSES TO REQUESTS FOR PRODUCTION (Doc. No. 25)**
>
> **FILED:** April 30, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with the word count limitations set forth in the Standing Order on Discovery Motions.  *See* Doc. No. 19 ¶ 2.   The motion also fails to set forth an adequate conferral; an email on March 29, 2024 and a conferral letter

on April 17, 2024 do not suffice.   *See id.* ¶ 1; Local Rule 3.01(g); *see also* Doc. No. 18, at 4 ("The term 'confer' in Rule 3.01(g) requires a substantive conversation *in person or by telephone* in a good faith effort to resolve the motion without court action and does not envision an exchange of ultimatums by fax, letter, or e-mail." (emphasis in original)).

**DONE** and **ORDERED** in Orlando, Florida on April 30, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties