# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

AAA AC SUPPLIES, INC.,

      Plaintiff,

v.                                   Case No.: 6:23-cv-993-WWB-LHP

FEDERATED MUTUAL INSURANCE COMPANY,

      Defendant.
_____

## ORDER

      The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled. (Doc. 37 at 1).

      Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

      **DONE AND ORDERED** at Orlando, Florida on September 16, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record